UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIA
TALLAHASSEE DIVISION

ROBERT HARRIS, et al.,

    Plaintiffs,

v.

Case No.: 4:00cv453-WS

THE FLORIDA ELECTIONS
CANVASSING COMMISSION, et al.,

    Defendants.

_____/

## GOVERNOR JEB BUSH'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446 and Local Rule 7.2, Rules of the United States District Court for the Northern District of Florida, Governor John Ellis "Jeb" Bush, hereby gives notice of removal of this action from the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, to this Court. As grounds for removal, Governor Bush states as follows:

1.     This civil cause of action was commenced in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, as Case No. 00-2855, by the filing of a Complaint against Governor Bush and other named defendants. A copy of the Complaint is attached as Exhibit A.

CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

00 DEC -4 AM 10: 41

KB

FILED

1

2. In Count I of the Complaint, Plaintiffs allege that the defendants violated Article II, section 1 of the United States Constitution and 3 U.S.C. § 1 by improperly certifying over 1,500 absentee ballots that were received after 7 p.m. on November 7, 2000. Count I also alleges that Governor Bush, by his actions in preparing and transmitting a certificate of ascertainment based on these allegedly improperly certified vote totals, has violated the United States Constitution as well as 3 U.S.C. § 6.

3. As a result of these allegations, this is a case arising under federal law. *See* U.S.C. § 1331. This action is removable without regard to the citzenship of the parties. *See* 28 U.S.C. § 1441(b).

4. Pursuant to Local Rule 3.2, venue properly rests in the Tallahassee Division of the United States District Court for the Northern District of Florida.

5. Governor Jeb Bush has filed a Notice of Removal pursuant to 28 U.S.C. § 1446(d) with the Clerk of the Court for the Circuit Court in and for Leon County, Florida, and has given written notice to all other parties.

WHEREFORE, Governor Jeb Bush notices the removal of the action from the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, to the United States District for the Northern District of Florida, Tallahassee Division.

_____
George N. Meros, Jr.
Florida Bar No. 0263321
GRAY, HARRIS & ROBINSON, P.A.
301 South Bronough Street, Suite 600
Post Office Box 10507
Tallahassee, Florida 32302
Telephone: (850)222-6550
Facsimile: (850)222-8783

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail and Facsimile Transmission on this _____4th_____ day of December, 2000 to the following:

| Randy M. Weber<br>777 Brickell Avenue, Suite 1114<br>Miami, FL 33131<br>Telephone (305) 653-7848<br>Facsimile (305) 536-3434 | Roger J. Bernstein (of counsel)<br>331 Madison Avenue, 15th Floor<br>New York, NY 10017<br>Telephone (212) 338-9188<br>Facsimile (212) 338-9102 |
|---|---|

_____
George N. Meros, Jr.
Florida Bar No. 0263321
GRAY, HARRIS & ROBINSON, P.A.
301 South Bronough Street, Suite 600
Post Office Box 11189
Tallahassee, Florida 32302
Telephone: (850)577-9090
Facsimile: (850) 577-3311

GNM Copy

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT,
IN AND FOR LEON COUNTY FLORIDA, CIVIL DIVISION

ROBERT N. HARRIS, JILL KATZ, ROBIN K. ADAIR,
MARCEL DEL PRADO, JACK J. ALBUQUERQUE,
and MARION ALBUQUERQUE,

00-2855

Plaintiffs,

vs.

THE FLORIDA ELECTIONS CANVASSING
COMMISSION (KATHLEEN HARRIS, BOB CRAWFORD,
L. CLAYTON ROBERTS); KATHLEEN HARRIS, SECRETARY OF STATE;
JEB BUSH, GOVERNOR OF THE STATE OF FLORIDA;
COUNTY CANVASSING BOARD OF BAY COUNTY,
MELANIE WILLIAMS-BOYD, SUPERVISOR OF ELECTIONS;
COUNTY CANVASSING BOARD OF BREVARD COUNTY,
FRED D. GALEY, SUPERVISOR OF ELECTIONS;
COUNTY CANVASSING BOARD OF CITRUS COUNTY,
SUSAN GILL, SUPERVISOR OF ELECTIONS;
COUNTY CANVASSING BOARD OF CLAY COUNTY,
BARBARA KIRKMAN, SUPERVISOR OF ELECTIONS;
COUNTY CANVASSING BOARD OF DUVAL COUNTY,
JOHN STAFFORD, SUPERVISOR OF ELECTIONS;
COUNTY CANVASSING BOARD OF ESCAMBIA COUNTY,
BONNIE M. JONES, SUPERVISOR OF ELECTIONS;
COUNTY CANVASSING BOARD OF MANATEE COUNTY,
ROBERT SWEAT, SUPERVISOR OF ELECTIONS;
COUNTY CANVASSING BOARD OF OKALOOSA COUNTY,
PATRICIA M. HOLLARN, SUPERVISOR OF ELECTIONS;
COUNTY CANVASSING BOARD OF SANTA ROSA COUNTY,
P. DOUGLAS WILKES, JR., SUPERVISOR OF ELECTIONS;
COUNTY CANVASSING BOARD OF SEMINOLE COUNTY,
SANDRA S. GOARD, SUPERVISOR OF ELECTIONS;
GEORGE BUSH, Republican Party Nominee, and
RICHARD CHENEY, Republican Party Nominee.

Defendants.

THE STATE OF FLORIDA:

To Each Sheriff of Said State:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint

in this action on defendants:

JEB BUSH GOVERNOR

by serving:

JEB BUSH
OFFICE OF THE GOVERNOR
THE CAPITOL
TALLAHASSEE, FLORIDA

**IMPORTANT**

A lawsuit has been filed against you. You have 10 calendar days after this Summons is served on you (or such shorter time as the Court may order) to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response to the Court, located at 301 South Monroe Street, Tallahassee, Florida, you must also mail or take a carbon copy or photocopy of your written response to the Plaintiffs' attorney noted below:

RANDY M. WEBER, ESQ.
THE LAW OFFICES OF RANDY M. WEBER, P.A.
777 BRICKELL AVE, STE. 1114
MIAMI, FL 33131
Telephone: (305) 536-3434

DATED: 12-1-00

Dave Lang,
As Clerk of said Court

By _____
as Deputy Clerk

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT,
IN AND FOR LEON COUNTY FLORIDA, CIVIL DIVISION

ROBERT N. HARRIS, JILL KATZ, ROBIN K. ADAIR,
MARCEL DEL PRADO, JACK J. ALBUQUERQUE,
and MARION ALBUQUERQUE,

                Plaintiffs,

vs.

00-2855

THE FLORIDA ELECTIONS CANVASSING
COMMISSION (KATHLEEN HARRIS, BOB CRAWFORD,
L. CLAYTON ROBERTS); KATHLEEN HARRIS, SECRETARY OF STATE;
JEB BUSH, GOVERNOR OF THE STATE OF FLORIDA;
COUNTY CANVASSING BOARD OF BAY COUNTY,
MELANIE WILLIAMS-BOYD, SUPERVISOR OF ELECTIONS;
COUNTY CANVASSING BOARD OF BREVARD COUNTY,
FRED D. GALEY, SUPERVISOR OF ELECTIONS;
COUNTY CANVASSING BOARD OF CITRUS COUNTY,
SUSAN GILL, SUPERVISOR OF ELECTIONS;
COUNTY CANVASSING BOARD OF CLAY COUNTY,
BARBARA KIRKMAN, SUPERVISOR OF ELECTIONS;
COUNTY CANVASSING BOARD OF DUVAL COUNTY,
JOHN STAFFORD, SUPERVISOR OF ELECTIONS;
COUNTY CANVASSING BOARD OF ESCAMBIA COUNTY,
BONNIE M. JONES, SUPERVISOR OF ELECTIONS;
COUNTY CANVASSING BOARD OF MANATEE COUNTY,
ROBERT SWEAT, SUPERVISOR OF ELECTIONS;
COUNTY CANVASSING BOARD OF OKALOOSA COUNTY,
PATRICIA M. HOLLARN, SUPERVISOR OF ELECTIONS;
COUNTY CANVASSING BOARD OF SANTA ROSA COUNTY,
P. DOUGLAS WILKES, JR., SUPERVISOR OF ELECTIONS;
COUNTY CANVASSING BOARD OF SEMINOLE COUNTY,
SANDRA S. GOARD, SUPERVISOR OF ELECTIONS;
GEORGE BUSH, Republican Party Nominee, and
RICHARD CHENEY, Republican Party Nominee,

                *Defendants*

## COMPLAINT TO CONTEST ELECTION

*Introduction*

1.    This is an action under Section 101.168, Fla. Stat. (2000) to contest the

Secretary of State's November 26, 2000 certification of the results of the Presidential and Vice-

Presidential elections in the State of Florida. Venue in this County is proper under Section 102.1685, Fla. Stat. (2000).

2. The defendants (except candidate defendants Bush and Cheney) counted and included in their certification of the Presidential and Vice-Presidential election results over 1,500 votes in the form of absentee ballots received after Election Day, November 7, 2000. Under Article II of the United States Constitution and under specific Florida statutes, votes received after Election Day can not be counted. The number of such votes is more than sufficient to change the certified result of the election and to place the present certification in doubt.

## PARTIES

3. Plaintiffs are taxpayers in the State of Florida and electors qualified to vote in the election held on November 7, 2000 for U.S. President and Vice-President.

4. Defendant Florida Elections Canvassing Commission is the board charged with certifying the results of elections and determining and declaring the winner thereof.

5. Defendant Kathleen Harris is the Secretary of State of the State of Florida.

6. Defendant Jeb Bush is the Governor of the State of Florida and in that capacity is responsible for transmittal of a certificate of ascertainment of the Presidential and Vice-Presidential electors from the State of Florida to the President of the Senate.

7. Defendants County Canvassing Boards are the election canvassing boards for their respective counties.

8. Defendant George W. Bush is the nominee of the Republican Party for the office of President and was certified by the defendant canvassing commissions in their respective counties and by the Florida Elections Canvassing Commission as the successful candidate for President in the Florida election on November 7, 2000.

9. Defendant Richard Cheney is the nominee of the Republican Party for the office of Vice-President and was certified by the defendant canvassing commissions in their respective counties and by the defendant Florida Elections Canvassing Commission as the successful candidate for Vice-President in the Florida election on November 7, 2000.

## COUNT I - ELECTION CONTEST PURSUANT TO § 101.168, FLA. STAT.

10. Plaintiffs incorporate Paragraphs 1 through 9 as if alleged herein.

11. After November 7, 2000, and continuing through November 17, 2000, the defendants (except the candidate defendants) unconstitutionally and illegally under U.S. and Florida law counted over 1500 absentee ballots that they received after November 7, 2000.

12. Under the U.S. Const., Article II, Section 1 and under Title 3, U.S. Code Section 1, a vote for President or Vice-President that is received after the uniform Election Day designated by Congress cannot be counted.

13. Under Section 101.67, Fla. Stat. (2000), an absentee ballot received later than 7:00 p.m. on November 7, 2000 shall not be counted.

14. In violation of Article II, Section 1 of the U.S. Constitution, Title 3, U.S. Code, Section 1, and Section 101.67, Fla Stat., defendants (other than the candidate defendants) counted and included in their certified vote totals over 1,500 absentee ballots that they received after 7:00 p.m. on November 7, 2000.

15. In violation of the U.S. Constitution and Florida Statute 101.67, defendant Jeb Bush prepared and transmitted to the President of the U.S. Senate a certificate of ascertainment, based on the improperly certified vote totals, as to the electors selected by the State of Florida in the Presidential and Vice-Presidential elections on November 7, 2000.

16. Without the unconstitutionally and illegally counted votes, candidate

defendants George W. Bush and Richard Cheney do not have sufficient votes to win the State of Florida election certification and to win the election.

WHEREFORE, plaintiffs respectfully request that this Court enter an Order as follows:

A. declaring that all votes that the defendants received and counted after November 7, 2000 at 7:00 p.m. were unconstitutionally and illegally counted in violation of Florida law, Title 3, U.S. Code, Section 1, and the U S Constitution;

B. ordering that said unconstitutional and illegal votes be subtracted from the certified total for each candidate in the Presidential and Vice-Presidential election;

C. ordering that a new certification as to the votes cast by electors in Florida for the nominees for President and Vice-President, without any unconstitutionally or illegally cast absentee ballots, be made by defendant Harris; and

D. ordering the defendant Jeb Bush, as Governor of the State of Florida, to transmit to the President of the U.S Senate a corrected certificate of ascertainment as to the electors selected by the State of Florida in the Presidential and Vice-Presidential elections on November 7, 2000.

Dated this 30th day of November, 2000.

Respectfully submitted.

Randy M. Weber, Esq.
777 Brickell Ave., Suite 1114
Miami, FL 33131
Tel. 305.536.3434
Fax. 305.536.3431

By: _____
Randy Weber
Fla Bar No. 0038880

Roger J. Bernstein, Esq. (of Counsel)
331 Madison Ave., 15th Floor
New York, NY 10017
Tel: 212.338 9188
Fax: 212.338.9102